Winston & Strawn LLP
333 S. Grand Avenue
Los Angeles, CA 90071-1543

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY HAMMONDS, an individual,<br><br>    Plaintiff,<br><br>    vs.<br><br>TESORO WEST COAST CORP is, and at all times mentioned herein was, a California Corporation doing business in the County of Riverside, State of California; COMMERCE INDUSTRY INSURANCE COMPANY is, and at all times mentioned herein was, a New York Corporation, doing business in the County of Riverside, State of California; BROAD SPIRE SERVICES, INC. is, and at all times mentioned herein was, a Delaware California Corporation doing business in the County of Riverside, State of California; TESORO CORPORATION; and Does 1 through 25, inclusive,<br><br>    Defendants. | **Case No. 5:15-cv-02335-TJH-DTBx**<br><br>**ORDER REMANDING ACTION TO STATE COURT [JS-6]** |

[PROPOSED] ORDER

Having reviewed the parties' Stipulation to Remand Removed Action, and good cause appearing therefore, IT IS HEREBY ORDERED THAT:

1. This action is immediately remanded to the Superior Court of California, County of Riverside;

2. Each party shall bear his or its own attorneys' fees and costs with respect to the removal and remand of this action; and

3. All pending deadlines and hearings set before this Court are hereby vacated and taken off the Court's calendar.

**IT IS SO ORDERED.**

Dated: December 10, 2015

_____
The Honorable Terry J. Hatter, Jr.
United States District Judge